# EXHIBIT L

Atty. Docket No. 12741-32
Application No. 90/011,252

I hereby certify that this correspondence is being electronically transmitted to the United States Patent and Trademark Office, Commissioner for Patents, via the EFS pursuant to 37 CFR § 1.8.

/James A. Collins/
James A. Collins, Reg. No. 43,557

January 26, 2011
Date of Signature & Date of Transmission

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Inventors: Robert J. McMillan, et al. | § Examiner: Karin M. Reichle |
| U.S. Patent No. 6,064,970 | § Group Art Unit: 3992 |
| Filing Date: August 17, 1998 | § Confirmation No. 4116 |
| | § |
| Application No. 90/011,252 | § Attorney Docket No. 12741-32 |

For: Motor Vehicle Monitoring System for Determining a Cost of Insurance

MAIL STOP *EX PARTE* REEXAM
Central Reexamination Unit
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

## WAIVER OF RIGHT TO FILE PATENT OWNER STATEMENT IN EX PARTE REEXAMINATION

Dear Examiner:

Patent Owner (Patentee) waives the right under 37 CFR 1.530(b) and 35 U.S.C. 304 to file a Patent Owner Statement. Patentee believes that no additional fees are due in connection with this request. Should it be determined that a fee is due, the Commissioner is hereby authorized to charge any fee due, or to credit any overpayment, to Deposit Account No. 23-1925, Request 12741-32.

Atty. Docket No. 12741-32
Application No. 90/011,252

As identified in the attached Certificate of Service and in accordance with 37C.P.R. §§ 1.33(c) and 1.510(b)(5), a copy of this submission, in its entirety, is being served to the address of the Requestor of record reflected in the publicly-available records of the United States Patent and Trademark Office as designated in the Office's Patent Application Information Retrieval system.

Respectfully submitted,

BRINKS HOFER GILSON & LIONE
312-321-4200

/James A. Collins/
James A. Collins
Registration No. 43,557
Attorney for Patentee